# United States District Court
# For The Western District of North Carolina
# Statesville Division

EMORY REDFEAR,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:06CV137-1-MU

BEN THOMAS, ET AL,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2006, Order.

                          Signed: November 3, 2006

                          *[Signature]*

                          Frank G. Johns, Clerk
                          United States District Court